■ CHARTER ONE BANK, F.S.B., Appellant, v MIDTOWN ROCHESTER, L. L. C., Respondent. (Appeal No. 2.) [726 NYS2d 887] —Order unanimously reversed on the law without costs. Same Memorandum as in *Charter One Bank v Midtown Rochester* (284 AD2d 993 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Counsel Fees.) Present—Pigott, Jr., P. J., Hurlbutt, Scudder and Burns, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH A. MAREK, Appellant. [726 NYS2d 887] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that the verdict finding him guilty of driving while intoxicated (Vehicle and Traffic Law § 1192 [3]) is against the weight of the evidence (*see, People v Pierce*, 268 AD2d 883, *lv denied* 94 NY2d 924; *People v D'Angelo*, 244 AD2d 788, 789, *lv denied* 91 NY2d 890). The sentence is not unduly harsh or severe. (Appeal from Judgment of Erie County Court, Drury, J.—Felony Driving While Intoxicated.) Present—Green, J. P., Hayes, Wisner, Kehoe and Lawton, JJ.